# IN THE UNITED STATES DISRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| WILLIAM BIRKHIMER on behalf of himself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TMK IPSCO KOPPEL TUBULARS, L.L.C.,<br><br>Defendant. | Civil Action No.: 2:16-cv-00453-JFC<br><br>**The Honorable Joy Flowers Conti, Chief United States District Judge**<br><br>*Electronically filed.* |

## NOTICE OF VOLUNTARY DISMISSAL

NOTICE IS HEREBY GIVEN that this civil action is voluntarily dismissed by the Plaintiff, WILLIAM BIRKHIMER, in accordance with and pursuant to Fed. R.Civ.P.41(a)(1). Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

Dated:  May 19, 2016

Respectfully submitted,

**MARGOLIS EDELSTEIN**

 */s/ Kyle T. McGee*
Kyle T. McGee, Esquire
PA I.D. No. 205661
525 William Penn Place, Suite 3300
Pittsburgh, PA 15219
Phone: (412) 281-4256
Fax: (412) 642-2380
kmcgee@margolisedelstein.com

**MARGOLIS EDELSTEIN**
James E. Huggett, Esquire (#3956)
300 Delaware Avenue, Suite 800
Wilmington, DE 19801
Telephone: (302) 888-1112
Facsimile: (302) 888-1119

**LANKENAU & MILLER, LLP**
Stuart J. Miller (SJM 4276)
132 Nassau Street, Suite1100
New York, NY 10038
P: (212) 581-5005
F: (212) 581-2122

**THE GARDNER FIRM, PC**
Mary E. Olsen (OLSEM4818)
M. Vance McCrary (MCCRM4402)
210 S. Washington Ave.
Post Office Drawer 3103
Mobile, AL  36652
P: (251) 433-8100
F: (251) 433-8181

Cooperating Counsel for
**THE NLG MAURICE AND JANE SUGAR LAW CENTER FOR ECONOMIC AND SOCIAL JUSTICE, a non-profit law firm**
733 St. Antoine, 3rd Floor
Detroit, Michigan 48226
P: (313) 962-6540

*Attorneys for Plaintiff*